UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOCAL NO. 5 AND LOCAL No. 602 TRUST FUND COLLECTION COMMITTEE, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MICHAEL S. WILLIAMS d/b/a MAGNUS AIRE a/k/a MAGNUS CONTROLS LLC, | ) ) ) |
| and | ) CIVIL ACTION NO. AMD01-461 ) |
| MAGNUS AIRE a/k/a MAGNUS CONTROLS LLC, | ) ) ) |
| and | ) ) |
| MICHAEL S. WILLIAMS, | ) ) |
| Defendants. | ) ) |

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 17 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

By: _____
R. Richard Hopp
MD Bar No. 07363

_____
John R. Harney
MD Bar No. 06572

GRANTED this 17th day of
Sept_____, 2001:

_____
United States District Judge

cc's: listed on next page

cc: R. Richard Hopp, Esq.
John R. Harney, Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016

Michael S. Williams d/b/a Magnus Aire
  a/k/a Magnus Controls LLC
3290 Huntington Circle
Waldorf, MD  20602

Magnus Aire a/k/a Magnus Controls LLC
3290 Huntington Circle
Waldorf, MD  20602

Michael S. Williams
3290 Huntington Circle
Waldorf, MD  20602

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal has been sent by first class mail, postage prepaid, this 14th day of September, 2001 to:

Michael S. Williams d/b/a Magnus Aire
  a/k/a Magnus Controls LLC
3290 Huntington Circle
Waldorf, MD  20602

Magnus Aire a/k/a Magnus Controls LLC
3290 Huntington Circle
Waldorf, MD  20602

Michael S. Williams
3290 Huntington Circle
Waldorf, MD  20602

_____
R. Richard Hopp